


UNIVERSITY OF
# DENVER
STURM COLLEGE OF LAW

2255 E. Evans Ave.
Denver, CO 80208
Fax 303.871.6527
www.law.du.edu/

GALO

October 1, 2007

Hon. Alex R. Munson
Chief Judge
United States District Court for the District of Northern Mariana Islands
Horiguchi Bldg.
Beach Rd., Garapan
Saipan, MP 96950-0687

F I L E D
Clerk
District Court

OCT 1 2 2007

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

RE:   PACER Fee Waiver for Academic Research Project

Dear Judge Munson,

I am a student research assistant to Professor Robert M. Hardaway of the University of Denver Sturm College of Law. Professor Hardaway is conducting a nationwide empirical cost/benefit analysis of discovery in federal courts. In order to conduct our research, we need to access your district's PACER database. Because our project is supported only by a small grant, however, we simply cannot afford to pay the fees to access all the information we need from PACER. We ask, therefore, that you grant us a fee waiver for access to your district's PACER database.

PACER fee waivers are authorized by 28 U.S.C. § 1914. That section reads, in part:

> Consistent with Judicial Conference policy, courts may, upon a showing of cause, exempt . . . individual researchers associated with educational institutions . . . from payment of [PACER] fees. Courts must find that parties from the classes of persons or entities listed above seeking exemption have demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. . . .

Our PACER account number is ud0604. The account is registered to the University of Denver College of Law. We would ask that you forward a copy of the fee waiver to us for our records.

If you have any questions about the project or the fee waiver, please give me a telephone call at (951) 259-4591, or an email at fplesko09@law.du.edu. If you would prefer to speak with Professor Hardaway, please give him a telephone call at (303) 871-6310 or an email at rhardaway@law.du.edu. Thank you very much for your consideration of this fee waiver.

Very truly yours,

Forrest Plesko
Research Assistant to Professor Robert M. Hardaway
University of Denver Sturm College of Law