FILED
Clerk
District Court
OCT 18 2007
For The Northern Mariana Islands
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: APPLICATION BY FOREST PLESKO, OF THE UNIVERSITY OF DENVER COLLEGE OF LAW FOR WAIVER OF PACER FEES | MISCELLANEOUS CASE NO. 07-00051<br><br>ORDER TO WAIVE PACER ACCESS FEES PURSUANT TO 28 USC § 1914 |

The Court having reviewed the application by Forest Plesko, Research Assistant to Professor Robert M. Hardaway of the University of Denver Sturm College of Law for waiver of PACER access fees for the purpose of a specific educational research project and, pursuant to 28 USC § 1914, finding that good cause is shown that the researcher(s) associated with this educational institution require an exemption from PACER access fees in order to avoid unreasonable burden and to promote public access to information.

IT IS HEREBY ORDERED that the PACER Service Center shall waive all PACER Access Fees for access from PACER account number "ud0604" for the University of Denver College of Law, for any access to online case data from the U.S. District Court for the Northern Mariana Islands, for a period of 12 months from this date, unless revoked earlier. It is further ordered that the University of Denver and its researchers shall not sell for profit the data obtained as a result.

Dated this 18th day of October, 2007.

_____
ALEX R. MUNSON, Chief Judge